Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLLETTE MILLER,<br><br>    Defendant. | No. CR17-5325RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

Defendant's Appearance Bond entered January 11, 2018, is modified to add the condition that defendant must notify all prescribing physicians and medical providers, including dentists, of her history of substance abuse, and provide Pretrial Services with verification of notification.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 27th day of July, 2018.

                        WILLIAM M. McCOOL,
                        Clerk of the Court

                        */s/ Victoria Ericksen*
                        Deputy Clerk to Hon. Richard A. Jones