The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-5325RAJ |
| Plaintiff | **ORDER FOR RESTITUTION** |
| v. | |
| CHARLLETTE M. MILLER, | |
| Defendant. | |

On February 21, 2020, this Court entered an Order terminating Defendant's participation in the Drug Reentry Alternative Model (DREAM) program, granting Defendant's request to withdraw her previously entered guilty pleas, and granting the government's request to dismiss with prejudice the criminal charges filed in this case.

In addition, the Court having reviewed the parties' *Stipulation for Order Regarding Payment of Restitution and Retention of Jurisdiction for Enforcement* filed on February 21, 2020, hereby accepts the *Stipulation* as drafted and orders:

1.      The restitution amount of $7,374.99, less any amounts paid, shall be due and payable immediately;

2.      The Defendant shall continue making restitution payments through the clerk of the court in an amount of no less than $25 per month, with the minimum payment subject to revision by order of the Court depending upon the Defendant's

ORDER FOR RESTITUTION
*MILLER*/CR17-5325RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

financial circumstances, until the restitution obligation is satisfied. Payments will be made to the *United States District Court, Western District of Washington,* referencing case No. CR17-5325RAJ, and deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

The identified victim entitled to restitution is Wells Fargo Bank, NA. Payments shall be disbursed to:

> Wells Fargo Bank, NA
> Fraud Investigations
> PO Box 912038
> Denver, CO 80921-2038
>
> Attn: FCI-2016101001059

3.    Compliance with this obligation shall be enforced as follows:

(i)    Defendant shall report all restitution payments, specifying the amounts paid and providing proof of payment, in writing to United States Probation, U.S. Probation Office – Western District of Washington, 700 Stewart Street, Suite 11101, Seattle, Washington 98101, and the U.S. Attorney's Office, Attn: DREAM Executive Review Team, 700 Stewart Street, Suite 5220, Seattle, Washington 98101, on a quarterly basis, that is, within one week following expiration of each 90 day period after dismissal of criminal charges;

(ii)    Defendant shall report employment and wage information, specifying employer name, address and phone number, and wage/salary amount, in writing to United States Probation and the U.S. Attorney's Office, within one week after employment commences;

ORDER FOR RESTITUTION
*MILLER*/CR17-5325RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | (iii) | Defendant shall report change of residential address and phone numbers in |
| 2 | | writing to United States Probation and the U.S. Attorney's Office within |
| 3 | | one week of a change; |
| 4 | (iv) | In the event the U.S. Attorney's Office believes Defendant has defaulted on |
| 5 | | her restitution obligation, it shall first advise her in writing and provide an |
| 6 | | opportunity to cure the default or submit a written explanation to the U.S. |
| 7 | | Attorney's Office within one week of receiving the default notice; |
| 8 | (v) | If, after reviewing defendant's response, the U.S. Attorney's Office |
| 9 | | continues to believe Defendant has defaulted on her restitution obligation, it |
| 10 | | shall file with the court an *ex parte* application seeking an order to show |
| 11 | | cause why Defendant should not be held in contempt for failing to comply |
| 12 | | with the Court's order regarding restitution. |
| 13 | 4. | This Court shall retain jurisdiction over this matter for purpose of enforcing |

this Order.

IT IS SO ORDERED.

DATED this 2nd day of February 2020.

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

Submitted by:

/s/ James D. Oesterle
JAMES D. OESTERLE
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, Washington 98101

ORDER FOR RESTITUTION
*MILLER*/CR17-5325RAJ - 3